**Opinion issued October 1, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00189-CV

———————————

**KVAC HOLDING COMPANY, LLC, KAVAC HOLDING, LLC, CITY SCAPE RENTALS, LLC, TERRY FISHER, 829 YALE, LLC ALEN J. FISHER, ASSURANCE HOME WARRANTY GROUP, LLC, JAMES D. PIERCE, STEPHANIE ALVAREZ, SHAHNAZ CHOUDRHI, ALI CHOUDHRI, BRAD PARKER, JETALL COMPANIES, INC., JOHNIE PATTERSON, MICHELLE FRAGA, TAX RELIEF, INC. AND 2017 YALE STREET, LLC, Appellants**

**V.**

**STEADFAST FUNDING, LLC., ET AL., Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-51432**

---

**MEMORANDUM OPINION**

Appellants, KVAC Holding Company, LLC, Kavac Holding, LLC, City Scape Rentals, LLC, Terry Fisher, 829 Yale, LLC, Alen J. Fisher, Assurance Home Warranty Group, LLC, James D. Pierce, Stephanie Alvarez, Shahnaz Choudrhi, Ali Choudhri, Brad Parker, Jetall Companies, Inc., Johnie Patterson, Michelle Fraga, Tax Relief, Inc. and 2017 Yale Street, LLC., have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.